

**ORDERED in the Southern District of Florida on June 25, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**In re**:

Case No. **15-19778-JKO**

**Matilde Espinal Rodriguez**,

Chapter **13**

Debtor.
_____/

### ORDER DISMISSING CASE WITH 2 YEAR PREJUDICE PERIOD AND GRANTING 2 YEAR PROSPECTIVE IN REM STAY RELIEF

On May 29, 2015, this Debtor filed a Chapter 13 Voluntary Petition listing real property at 9744 NW 1 Manor, Coral Springs, FL 33071. No schedules have been filed. The Debtor has filed two previous bankruptcies (Case Number 13-29196-RBR, filed on August 13, 2013, dismissed on September 4, 2013 for failure to file required documents; Case Number 12-35824-JKO, filed on October 29, 2012, dismissed on November 20, 2012 for failure to file required documents).

On June 2, 2015, this Court entered an Order to Show Cause [ECF 6] setting a show cause hearing on June 23, 2015.

In light of the above and for the reasons stated on the record at the show-cause hearing conducted June 23, 2015 at 11:00 AM, it is ORDERED that:

(1) pursuant to 11 U.S.C. §§ 105(a) and 362(d)(4)(B), **two-year prospective *in rem* stay relief is hereby granted** such that no bankruptcy petition filed by anyone in any United States Bankruptcy Court may impose the automatic stay of 11 U.S.C. § 362(a) with respect to real property located at 9744 NW 1 Manor, Coral Springs, FL 33071 for two years from the entry of this order ;

(2) the Order to Show Cause is hereby **discharged**;

(3) pursuant to 11 U.S.C. §§ 105(a) and 349(a), this case is hereby **dismissed with two years' prejudice** such that Matilde Espinal Rodriguez is prohibited from filing any bankruptcy petition under any chapter of the Bankruptcy Code in any United States Bankruptcy Court for two years from the entry of this order;

(4) all pending motions are hereby denied as moot;

(5) the trustee shall file a final report prior to the administrative closing of the case;

(6) in accordance with Local Rule 1002-1(B), the Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

# # #

*The Clerk of Court is directed to provide copies of this order to all interested parties registered to receive notice.*